UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Bodyguard Productions, Inc., et al.

                              Plaintiff,

v.                                           Case No.: 1:17−cv−09063
                                                        Honorable John Robert Blakey

Doe No. 14, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 23, 2018:

        MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of voluntary dismissal [20], Doe Defendant No. 9 is dismissed with prejudice. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.